UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

      -against-                                 09-CR-00699 (PAC)-3

JOHN BROWN,                                    **ORDER**

                **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A conference is scheduled for Thursday, August 13, 2020, at 11:30 a.m. and will be held telephonically. The purpose of the conference is to discuss the status of this case and to add judicial supervision to the defendant's current supervision. Defense counsel, Probation and the Defendant should call into the Court's dedicated conference line at (877) 402-9757, and enter Access Code 793-8632, followed by the pound (#) key at the time of the conference. The Government is invited but need not attend this conference.

**SO ORDERED**.

                                                     _____
                                                     SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      August 11, 2020
                New York, New York