```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                            09-CR-00699 (PAC)-3

JOHN BROWN,
                                                      **STATUS**
                                                 **CONFERENCE ORDER**

                       **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the Defendant and defense counsel is scheduled for Monday, September 14, 2020, at 12:00 p.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

                                                                     _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      September 1, 2020
                   New York, New York