

September 15, 2021

**Via ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, New York 10007

9/16/2021
A VOSR conference will be held on October 21, 2021 at 11:45 AM. SO ORDERED.

RE:   USA vs John Brown
      VOSR
      09-cr-699-PAC

Dear Judge Crotty:

Your honor has scheduled a VOSR hearing for John Brown on Thursday, September 16th, 2021. I am respectfully requesting that the hearing be adjourned since Mr. Brown has not yet resolved his pending charges in New York State Court in the Bronx. He is currently detained on this VOSR in the Essex County Jail in Newark, New Jersey.

After consultation with AUSA Micah Fergenson we are jointly proposing that this matter be carried to one of the following dates: October 21, October 28 or October 29, 2021. I have a preference for October 29, 2021.

Your Honor's consideration of this request is greatly appeciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:   Micah Fergenson, AUSA

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com